UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA VELIKONJA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1001 |
| ) | (ESH) |
| JOHN ASHCROFT, Attorney General ) | |
| of the United States of America, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's motion to dismiss is **GRANTED IN PART** and **DENIED IN PART**; and it is

**FURTHER ORDERED** that plaintiff must file an amended complaint in accordance with the Memorandum Opinion issued this date; and it is

**FURTHER ORDERED** that an Initial Scheduling Conference is set for February 17, 2005 at 9:45 a.m.

                                                                                           s/
                                                                            ELLEN SEGAL HUVELLE
                                                                            United States District Judge

Date:   January 6, 2005